STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. PATFOL, INC., DEFENDANT-RESPONDENT, AND VINCENT SULLIVAN, DEFENDANT-RESPONDENT.

June 10, 1963.

Per Curiam. Certification having been ordered in this matter, 39 *N. J.* 89 (1963), to review the Appellate Division's interpretation of *N. J. S. A.* 39 :3–84 in its opinion reported in 76 *N. J. Super.* 287, reargument denied 76 *N. J. Super.* 572 (1962), and the Legislature having thereafter amended the statute, *L.* 1963, *c.* 49, rendering the issue academic for the future,

It is on the Court's motion ORDERED that the order for certification be vacated.

*For vacation of certification*—Chief Justice Weintraub, and Justices Jacobs, Francis, Proctor, Hall, Schettino and Haneman—7.

*Opposed*—None.